# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

VINCENT SPINELLI

**CR 11 413**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 02 2011 ★
BROOKLYN OFFICE

WARRANT FOR ARREST

CASE NUMBER: **TOWNES, J.**
**REYES, M.J**

DEFENDANT.

TO: __SPECIAL AGENT SAMANTHA BELL__, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __VINCENT SPINELLI__
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**CONSPIRACY TO OPERATE ILLEGAL GAMBLING BUSINESS/ILLEGAL GAMBLING**

In violation of Title __18__ United States Code, Section(s) __371, 1955(a)__

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| The Honorable Robert M. Levy | United States Magistrate Judge |
| Signature of Issuing Officer | Date and Location: June 1, 2011, Brooklyn, NY |

Bail fixed at $ _____  By _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __575 RIGA ST., STATEN ISLAND, NEW YORK__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/1/2011 | Thomas Mulvey, Special Agent | [signature] |
| DATE OF ARREST 6/2/2011 | R. DiLorenzo 6/2/11 | |