# JOHN J. ORLANDO, P.C.
*Attorney at Law*
*8118 13th Avenue*
*Brooklyn, New York 11228*
*(718) 238-0020*
*(718) 238-0031*
*Email: orljohn@aol.com*

January 30, 2013

Hon. Sandra J. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York 11201

The application is ☒ granted. ☐ denied.
SO ORDERED.

s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: February 4, 2013
Brooklyn, New York

RE: USA v. Vincent Spinelli, et. al
Criminal Docket No. 11-413 (SLT)

Your Honor:

The undersigned represents Vincent Spinelli in the above-captioned matter presently pending before you.

It is respectfully requested at this time that the Defendant be permitted to travel for a one week vacation between April 14 and April 21, 2013 to the town of Caracoles, in Boca Chica, Dominican Republic. During his stay there, he would be staying at the Hotel Belive Hamaca, located at Duarte St. #1, Boca Chica, Santo Domingo. At the hotel, he would be reachable by phone at 866-539-0036.

The Defendant has already discussed his plans with his pre-trial services officer, Jeannine Quijije, and she does not oppose his application. These plans have also been discussed with the assigned AUSA, Marisa Seifan, and she has no objections. Mr. Spinelli remains in full compliance with all other bond conditions.

Since this request is for international travel, the Defendant also respectfully requests that the pre-trial services officer return his passport to him for the trip. He would promptly return the passport to the officer upon return to the United States.

Please advise if the court requires further information before approval can be granted. Thank you for your courtesy and consideration.

Respectfully,

/s/

JOHN ORLANDO, ESQ