**PETER J. TOMAO, ESQ.**
226 SEVENTH STREET
SUITE 302
GARDEN CITY, NY 11530
TELEPHONE: (516) 877-7015
FAX: (516) 877-7021
EMAIL: ptomao@tomaolaw.com

**JERIN ROSAS**                                                              **KATHRYN REED**
Paralegal                                                                     Office Manager

**ANGELO J. MACALUSO**
Law Clerk

February 8, 2013

FILED VIA ECF
COURTESY COPY BY REGULAR MAIL

Hon. Sandra Townes
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

                                          Re:     US v. Palase, et Al.
                                                                 Dkt #11-CR-413 EDNY (SLT)

Dear Judge Townes:

       We respectfully write on behalf of our client Richard Palase, with the consent of the AUSA Marisa Megur Seifan, to request that the Court permit Mr. Palase to travel to Florida, between March 3 and March 9, 2013 so that he can accompany his 19 year old daughter who will be there playing for her college softball team to his sister's home between games. If the Court approves this request, Mr. Palase would provide Pre Trial Services with whatever details regarding his itineraries they may require.

       Thank you for your courtesies on this matter.

                                                                        Respectfully submitted,

                                                                        PETER J. TOMAO

PJT/jr

cc:     AUSAs Lan Nguyen and Marisa Seifan (via regular mail and ECF)
         US Pre Trial Services (via regular mail)
         All counsel of record (via ECF)